**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 23-6165**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ARGENIS SAMUEL RIVERA-ALICEA,

Claimant - Appellant,

and

2016 CHEVROLET CAMARO SS CONVERTIBLE, VIN 1G1FH3D79G0183851,

Defendant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  Catherine C. Eagles, District Judge.  (1:21-cv-00656-CCE-JEP)

Submitted:  June 22, 2023                                   Decided:  June 27, 2023

Before HARRIS and HEYTENS, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Argenis Samuel Rivera-Alicea, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Argenis Samuel Rivera-Alicea ("Alicea") appeals the district court's judgment of forfeiture and the underlying orders (1) accepting the magistrate judge's recommendation to strike Alicea's claim in this forfeiture action for failure to respond to discovery requests and comply with the court's prior order granting the Government's motion to compel; and (2) entering default against Alicea. We have reviewed the record and find no reversible error. Accordingly, we affirm the judgment of forfeiture. *See United States v. Rivera-Alicea*, No. 1:21-cv-00656-CCE-JEP (M.D.N.C. Jan. 20, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*